# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COREY BRACEY**, | : | |
| | : | Case No.  21-cv-2825-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS**, *et al.*, | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 7th day of July, 2023, it is hereby **ORDERED** that the Final Pre-Trial conference in the above-captioned matter, scheduled for February 13, 2024 at 10:00 A.M. is **CANCELED UNTIL FURTHER NOTICE**.

**BY THE COURT:**

/s/ *John Milton Younge*
_____
Judge John Milton Younge